STATE OF CONNECTICUT *v.* JOHN PRESTON

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 904 (AC 27051), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Eileen F. McCarthy,* senior assistant state's attorney, in opposition.

Decided May 29, 2007

JOSHUA MCRAE *v.* COMMISSIONER OF CORRECTION

The petitioner Joshua McRae's petition for certification for appeal from the Appellate Court, 100 Conn. App. 902 (AC 27067), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided May 29, 2007

PAULA W. DEEGAN ET AL. *v.* OLLIE J. SIMMONS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 100 Conn. App. 524 (AC 27125), is denied.